**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20097-KMM**

JOSEPH C. ZOGHAIB

     Plaintiff,

v.

SOCIÉTÉ GÉNÉRALE DE BANQUE
AU LIBAN, et al.

     Defendant.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT SOCIÉTÉ GÉNÉRALE**
**DE BANQUE AU LIBAN'S EXPEDITED MOTION FOR AN**
**EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

THIS CAUSE having come before the Court on Defendant Société Générale De Banque Au Liban's ("SGBL") Expedited Motion for an Extension of Time to Respond to Amended Complaint (the "Motion"). Upon consideration of the Motion, it is hereby **ORDERED**,

1.     The Motion is **GRANTED**.

2.     SGBL is instructed to file its response to the Amended Complaint on or before January 12, 2026.

**DONE AND ORDERED** in Chambers in Miami, Florida, on November _____, 2025.

                                         _____

                                         MARTY FULGUEIRA ELFENBEIN
                                         UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record