# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOSEPH C. ZOGHAIB,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**SOCIETE GENERALE DE BANQUE AU LIBAN,** *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-20097-KMM-MFE<br><br>JURY TRIAL DEMAND |

## **DEFENDANTS' [PROPOSED] ORDER**

THIS MATTER comes before the Court on the Joint Scheduling Report filed by Plaintiff Joseph C. Zoghaib and Defendants Société Générale de Banque au Liban ("SGBL") and Banque du Liban ("BdL") (collectively the "Parties"). Upon consideration of the Joint Scheduling Report, it is hereby

ORDERED and AJUDGED that:

　　(A)　Defendants may file motions to stay discovery no later than December 8, 2025;

　　(B)　Plaintiff may file oppositions to Defendants' motions to stay discovery no later than December 22, 2025; and

　　(C)　Defendants may file replies in support of their motions to stay discovery no later than January 16, 2026.

**DONE AND ORDERED** in Chambers in Miami, Florida, on November ___ 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　K. MICHAEL MOORE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE