UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOSEPH C. ZOGHAIB,** | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-20097-KMM-MFE |
| **SOCIETE GENERALE DE BANQUE AU LIBAN,** *et al.*, | JURY TRIAL DEMAND |
| Defendants. | |

**JOINT NOTICE OF MEDIATOR SELECTION**

Pursuant to the Court's Paperless Order of Referral to Mediation (DE 57), Plaintiff Joseph C. Zoghaib and Defendants Société Générale de Banque au Liban ("SGBL") and Banque du Liban ("BdL") (collectively the "Parties") respectfully submit this Joint Notice of Mediator Selection.[1] The Parties agree to and select the following mediator in this matter.

> Barbara Locke
> Ehrich Locke Mediation
> 6619 South Dixie Highway, No. 245
> Miami, FL 33143
> (305) 897-0466

---

[1] Plaintiff reserves all rights to disagree or contest the following statement by the Defendants:

By joining in the filing of this Joint Notice of Selection of Mediator, Defendants do not acknowledge or admit that the Complaint filed in this action on January 7, 2025 (DE 1) was properly served. Moreover, this filing does not constitute a waiver of service of that pleading, does not constitute consent that Defendants may be served through undersigned counsel, and does not constitute consent to any jurisdiction.

Dated: November 26, 2025

                                          Respectfully submitted,

**KING & RUIZ LLP**

*/s/ Gabriela M .Ruiz*
Gabriela M. Ruiz
gruiz@kingruiz.com
Florida Bar No. 46844
2 S Biscayne Blvd., Suite 3200
Miami, FL  33131
(305) 395-4968

*Attorneys for Defendant Banque du Liban*

*/s/ David A. Hayes*
Kenneth G. Turkel - FBN 867233
E-mail: kturkel@tcb-law.com
David A. Hayes - FBN 096657
E-mail: dhayes@tcb-law.com
Turkel • Cuva • Barrios • Guerra
100 North Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
Michael J. Sullivan (*admitted pro hac vice*)
E-mail: msullivan@ashcroftlawfirm.com
Brian J. Leske (*admitted pro hac vice*)
E-mail: bleske@ashcroftlawfirm.com
Ashcroft Law Firm, LLC
200 State Street, 7th Flr.
Boston, MA 02109
Tel: (617) 573-9400

*Attorneys for Defendant,*
*Société Générale De Banque Au Liban*

*/s/ Joseph C. Zoghaib*

Joseph C. Zoghaib
Plaintiff, Pro Se
12729 SW 211th Street
Miami, FL 33177
Phone: (305) 360-4117
Email: domestica.jose@yahoo.com

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 26, 2025, I electronically filed the foregoing with the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

                                                  */s/ Gabriela M. Ruiz*
                                                  Gabriela M. Ruiz